

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-09-00403-CV

**THE CITY OF SAN ANTONIO**,
Appellant/Cross-Appellee

v.

**KOPPLOW DEVELOPMENT, INC**.,
Appellee/Cross-Appellant

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2004-CI-08167
Honorable John D. Gabriel, Jr., Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the judgment of the trial court awarding Kopplow Development, Inc. remainder damages in the amount of $690,000 is REVERSED, and the case is REMANDED to the trial court for a new trial on the issue of remainder damages related to the inverse condemnation claim. Costs of the appeal are taxed against appellant/cross-appellee the City of San Antonio.

SIGNED February 5, 2014.

_____
Rebeca C. Martinez, Justice